UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CHANDLER, SR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAWN ANGELA DONOVAN-WILLIAMS, et al.,<br><br>　　　　Defendants. | NO.  CV 13-189-AG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the first amended complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed Objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered (1) granting Defendants' motion to dismiss based on failure to exhaust; (2) denying Plaintiff's request for a default; and (3) dismissing this action without prejudice.

DATED:  March 30, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　United States District Judge