UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CHANDLER, SR., <br><br> Plaintiff, <br><br> v. <br><br> DAWN ANGELA DONOVAN-WILLIAMS, et al., <br><br> Defendants. | NO. CV 13-189-AG (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that (1) Defendants' motion to dismiss is granted based on failure to exhaust; (2) Plaintiff's request for a default is denied; and (3) this action is dismissed without prejudice.

DATED: March 30, 2014

_____
ANDREW J. GUILFORD
United States District Judge